■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE ODY, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Harry D. Snyder, Esq., 15 Lake Ave., Saratoga Springs, N. Y., is assigned as counsel.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER ERNEST ELLIS, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Donald L. Slater, Esq., 12 Central Ave., Cortland, N. Y., is assigned as counsel. Motion in all other respects denied.

■    MARY DeG. FINLAY, Appellant, v. GLENS FALLS HOSPITAL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion denied, without prejudice to renewal of same upon the argument.

■    In the Matter of FRED L. YERDON, Petitioner, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, Respondent.— Application by the Medical Society of the State of New York to participate in the appeal as amicus curiæ granted to the extent that applicant be permitted to file a brief.

■    FRANK R. JACKSON, Respondent, v. JOSEPH E. MARCUS, Defendant-Appellant and Third-Party Plaintiff. BROOKWOOD CAMP, INC., Third-Party Defendant.— Motion for an order allowing the prosecution of appeals in three actions upon the record of appeal in one action denied. Attention of appellant is called to rule VII of the rules of this court. Time to perfect the appeals is extended to February 26, 1962.

■    In the Matter of the Claim of P. V. GUEVARA, Respondent. HOTEL SYRACUSE, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion for assignment of counsel granted. Donald L. Slater, Esq., 12 Central Ave., Cortland, N. Y., is assigned as counsel.

■    GERRITY COMPANY, INCORPORATED, Respondent, v. POUND RIDGE HOMES, INCORPORATED, et al., Appellants.— Motion denied. Attention of appellants is called to rule VII of the rules of this court.

■    In the Matter of MAXWELL GROSSBARD, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for reargument denied.

■    In the Matter of the Claim of LAWRENCE J. PURPURA, Respondent. CHICAGO PNEUMATIC TOOL CO., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Decision of May 23, 1958 assigning John J. Walsh, Esq., of Utica, N. Y., as counsel for claimant-respondent is hereby vacated and set aside and Donald L. Slater, Esq., 12 Central Ave., Cortland, N. Y., is hereby assigned as counsel for claimant-respondent in his place and stead.